*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

---

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to February 16, 2023 at 3:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 17, 2023

        **Re**: <u>United States v. Jose Rosario Taverez</u>
            Docket # 22 Cr 430

Dear Judge Abrams,

    Please be advised that I am requesting that the Court adjourn Mr. Rosario Tavarez's February 3, 2023 sentence for two weeks. The reason for this request is that Mr. Rosario Tavarez evidently had a surgical procedure very recently and I would like to obtain relevant medical records. I travelled to the Westchester County jail where he is housed just yesterday and was informed he was in a medical unit and could not be seen. The Government consents to this request.

                                  Respectfully submitted,

        By:    <u>/s/Samuel Gregory//</u>
                  Samuel Gregory, Esq
                  Attorney for defendant
                  16 Court Street, Suite 3500
                  Brooklyn, New York 11201

                  *Attorney for Jose Rosario Taverez*

Cc: The Hon. Ronnie Abrams (by ECF)
Clerk of Court (RA) (by ECF)

Kaylan Lasky for the Government (by ECF)