UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE ROSARIO TAVAREZ,<br><br>Defendant. | 22-cr-430 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On May 23, 2024, the Court received Mr. Tavarez's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. 36. The Government shall file a response to his motion no later than June 14, 2024.

SO ORDERED.

Dated:   May 24, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge