

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2024

**BY ECF**

The Honorable Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Street
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 17, 2024

Re:   *United States v. Jose Rosario Tavarez,* **22 Cr. 430 (RA)**

Dear Judge Abrams:

The Government respectfully requests an adjournment until June 18, 2024, in which to file its response to the defendant's motion for a reduced sentence (Dkt. 36), which is currently due today (Dkt. 37). Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

Cc: Samuel Gregory, Esq. (by ECF)